## THOMAS v. WELLES.

A promise to see another forthcoming at a certain time or to pay the debt, void, unless in writing.

ERROR. Welles was a constable of the town of Hartford, had a rate warrant and a rate against Jacob Brown for which he levied upon Brown's body and was about to commit him to goal. Thomas, in consideration that Welles would suspend any further proceedings against Brown, that night, assumed and promised that he would see him forthcoming to said officer the next morning, or he would pay the debt. Upon this Welles released said Brown, and Thomas did not see him forthcoming, nor has he paid the debt, etc.

Plea in bar — The Statute against Frauds and Purjuries; demurrer. Judgment — That the plea is insufficient, and for plaintiff to recover.

Error assigned is — That the plea was sufficient. Judgment — Manifest error; for this is clearly a promise for the debt and duty of another.